■ In the Matter of THOMAS A. CORR, Appellant, v NASSAU COMMUNITY COLLEGE et al., Respondents.—In a proceeding pursuant to CPLR article 78, in which a judgment had been made in the Supreme Court, Nassau County, on April 1, 1975, *inter alia* dismissing the petition, petitioner appeals from an order of the same court, dated May 20, 1975, which denied his motion for reargument. Appeal dismissed, without costs. An order denying a motion to reargue is not appealable *(Roberts v Connelly,* 35 AD2d 813). If we could reach the merits, we would affirm the order appealed from. Hopkins, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.